IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

BOPES LIVING, LLC,

Plaintiff,

vs.

TANGRAM INSURANCE SERVICES, INC., LIBERTY MUTUAL INSURANCE COMPANY, and OHIO SECURITY INSURANCE COMPANY,

Defendants.

**8:26CV212**

**ORDER OF DISMISSAL**

This matter comes before the Court on the parties' Joint Motion and Stipulation of Partial Dismissal with Prejudice (Filing No. 29). The Court, being advised in the premises, finds that such an Order is proper.

IT IS THEREFORE ORDERED, ADJUDGED AND DECREED that Defendant Liberty Mutual be dismissed from this case with prejudice with each party to pay its own costs and fees. All other defendants remain parties in this case.

Dated this 25th day of August, 2026.

BY THE COURT:

s/ Joseph F. Bataillon
Senior United States District Judge